**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01644-CR

**JUAN ANDRE MARIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-57217-H**

## ORDER

Appellant has informed the Court he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Robert Baskett to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Baskett to file, within **THIRTY DAYS** of the date of this order, written verification that the record has been sent to appellant. Appellant's pro se response is due by **JUNE 14, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court, and to Attorney Robert Baskett.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Juan Andre Marin, TDCJ No. 01823747, 1536 IH-10 East, Fort Stockton, Texas 79735.

/s/     DAVID EVANS
JUSTICE